UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 21-984(DSD/KMM)

Daniel Lynn Conley,

        Plaintiff,

v.                                                **ORDER**

Tracy Beltz,
Warden,

        Defendant.

This matter comes before the court upon the report and recommendation of United States Magistrate Judge Kate Menendez dated May 12, 2021 (R&R). No objections have been filed to the R&R in the time period permitted. Based on the R&R and the files, records, and proceedings herein, **IS HEREBY ORDERED that:**

    1.    The R&R [ECF No. 7] is adopted in its entirety;

    2.    The motion for an extension to file a habeas petition of petitioner Daniel Lynn Conley [ECF No. 1] is denied; and

    3.    This matter is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  June 3, 2021               /s David S. Doty
                                          David S. Doty, Judge
                                          United States District Court